IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEAN PRILLMAN,<br>    Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 24-CV-0605 |
| GEORGE PARSONS, *et al.*,<br>    Defendants. | : : | |

# ORDER

AND NOW, this 20th day of September, 2024, upon consideration of Defendants George Parsons, Victor Koszi, Anel Vargas, Heather Lanza, Jeremy Schick, and Robert Worrall's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 12), Plaintiff Jean Prillman's "Motion to Proceed," construed as a Response to the Defendants' Motion (ECF No. 17), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Amended Complaint is **DISMISSED** as follows: Prillman's federal claims are **DISMISSED WITH PREJUDICE** and her state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

3. The "Motion to Proceed," which the Court has considered as a Response to the Defendants' Motion, is **DENIED** to the extent Prillman is asking the Court not to dismiss her claims.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
**JOHN M. GALLAGHER, J.**